IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KHIN SUH, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  4:19-cv-00409-O |
| | § | |
| TYSON FOODS, INC., TYSON | § | |
| PREPARED FOODS, INC., TYSON | § | |
| FARMS, INC., AND TYSON, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Expert Designation Deadlines (ECF No. 15), filed February 11, 2020. Having considered the motion, the Court finds that it should be and is hereby **GRANTED.** The Court **ORDERS** the following deadlines to replace the corresponding deadlines in the Court's June 24, 2019 Scheduling Order (ECF No. 6).[1]

## I.     SUMMARY OF CRITICAL DATES

| | |
|---|---|
| Initial Expert Designation & Report (¶ 4 a.) | March 16, 2020 |
| Responsive Expert Designation & Report (¶ 4 b.) | April 16, 2020 |

**SO ORDERED** on this **12th day** of **February, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] All other deadlines set out in the Court's June 24, 2019 Scheduling Order remain active.