IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KHIN SUH,** § | |
| *Plaintiff* § | |
| § | |
| **v.** § | |
| § | CIVIL ACTION NO. 4:19-cv-00409-O |
| § | |
| **TYSON FOODS, INC., TYSON** § | |
| **PREPARED FOODS, INC., TYSON** § | |
| **FARMS, INC., AND TYSON** § | |
| *Defendants*. § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff, Khin Suh, hereby files her written designation of the name and address of each expert witness who will testify at trial for the Plaintiff in compliance with this Court's Scheduling Order and in supplementation of all prior written discovery requests and Rule 26 disclosures requesting the identification of experts and persons with knowledge of relevant facts:

1. Jason English
   English Engineering Inc.
   543 William D Fitch Pkwy, Ste. 112
   College Station, TX 77845
   Phone: (979) 431-0702

   Mr. English is a professional engineering consultant will offer testimony about workplace safety and ergonomics including Tyson's responsibility for causing Khin Suh's injury. Mr. English may also respond to issues raised by Defendants' expert testimony as necessary.

   A copy of Mr. English's report, curriculum vitae, publications list, and previous testimony list are being served under separate cover.

2. Dr. Jason Marchetti
   Physician's Life Care Planning
   6505 W Park Blvd #155
   Plano, TX 75093
   Phone: (469) 458-6119

Dr. Marchetti is a Physical Medicine and Rehabilitation specialist who has practiced medicine in Texas since 2005. Dr. Marchetti is a Certified Life Care Planner who will offer testimony on Ms. Suh's physical and/or mental impairments and disability for the purpose of determining her care requirements and the costs of supplying her with requisite, medically-related goods and services throughout the probable duration of care. Dr. Marchetti may also respond to issues raised by Defendants' expert testimony as necessary.

A copy of Dr. Marchetti's report, curriculum vitae, publications list, and previous testimony list are being served under separate cover.

3. Thomas Roney
   3333 Lee Parkway, Ste. 600
   Dallas, Texas 75219
   (214) 665-9458

Mr. Roney is a consulting economist who will offer testimony on the economic loss to Khin Suh arising from her April 11, 2017 injury while working for Tyson including after-tax loss of past and future earning capacity, retirement benefits, and loss of past and future household services. Mr. Roney will also offer testimony on the value of the Life Care Plan prepared for Khin Suh by Jason Marchetti, MD of Physician's Life Care Planning. Mr. Roney may also respond to issues raised by Defendants' expert testimony as necessary.

A copy of Mr. Roney's report, curriculum vitae, publications list, and previous testimony list are being served under separate cover.

4. Dr. Scott Farley
   Dr. George Farley
   Dr. Arash Bidgoli
   Comprehensive Spine Center of Dallas
   1000 9th Avenue, Suite A
   Fort Worth, Texas 76104
   214-241-1427

Dr. Scott Farley is a doctor of osteopathic medicine who is treating Khin Suh for her April 11, 2017 injuries arising from her work for Tyson. Dr. Farley is expected to offer testimony on Khin Suh's injuries, and physical and mental condition, the cause of Khin Suh's injuries, her medical treatment in the past, her future medical treatment needs, Khin Suh's physical and mental disabilities, limitations, and impairments, including limitations on ability to work, her inability to administer to the needs of self and family and to attend to customary household duties and occupations, the effect of Khin Suh's injuries on her past and future earning capacity, her pain and suffering, the reasonableness and necessity of her past and future medical expenses and related care, and all other information contained in the medical records of Khin Suh. A summary of the facts and opinions to which the witness is expected to testify is contained in Dr. Farley's narrative report and clinical notes, and billing records, which are being served under separate cover, along with Dr.

Farley's curriculum vitae and publications list. Dr. Farley may also respond to issues raised by Defendants' expert testimony as necessary.

5. The following healthcare providers for Khin Suh:

> Amazing Grace Home Health, and its doctors, nurses, and therapists
> 383 Perry Avenue
> Lewisville, TX 75057
> 972-436-5241
>
> Baylor Scott & White All Saints Medical Center Fort Worth, and its doctors, nurses, and therapists
> 1400 8th Avenue
> Fort Worth, TX 76104
> 817-926-2544
>
> Baylor Surgicare at Fort Worth, and its doctors, nurses, and therapists
> 750 12th Avenue
> Fort Worth, TX 76104
> 817-334-5100
>
> Cardiovascular Home Care, and its doctors, nurses, and therapists
> 7261 Hawkins View Drive
> Fort Worth, TX 76132
> 817-847-8888
>
> Century Integrated Partners, Inc./Diversified Health Care, and its doctors, nurses, and therapists
> P.O. Box 2168
> Edmond, OK 75083
> 817-256-9434
>
> Elite Medical Laboratory Solutions, LLC, and its doctors, nurses, therapists, technicians, personnel, and staff
> 1101 Alma Street, Ste. 100
> Tomball, TX 77375
>
> Fort Worth Orthopedics\Texas Health Physicians Group, and its doctors, nurses, and therapists, specifically including Dr. Mark Wylie and Troy Duley
> 6301 Harris Parkway, Ste. 200
> Fort Worth, TX 76132
> 817-433-3450
>
> JPS Health Network, including JPS Hospital and all JPS clinics, and its doctors, nurses, and therapists, specifically including Dr. Amr Hegazi, Dr. Addie Boone, Dr.

Anupa Seth, Dr. Jipa Thomas, Shuang Chen, APRN, FNP, Dr. Sireesha Kolachalama, Maureen Joyner, APRN, NP, Dr. Daniel Roberts, Dr. Nicole Bigot, Dr. Margaret Conner, Lakeysha Ward, LPC, Dr. Leslie Smith, Dr. Richard Fulkerson, Samantha Thomas, PAC
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Metropolitan Area EMS Authority dba MedStar Mobile Healthcare, and its paramedics, nurses, therapists, and technicians
2900 Alta Mere Drive
Fort Worth, TX 76116
817-923-3700

Midtown Medical Imaging/ Touchstone Imaging, and its doctors, nurses, therapists, technicians, personnel, and staff
900 Jerome Street
Fort Worth, TX 76104
817-768-5317

Previa Medical Group of North Texas, and its doctors, nurses, and therapists, specifically including Dr. James Brezina, Jr., Dr. Stephen L. Brotherton, Dr. Christopher Pratt, and additional providers Thompson and Rangineni
1651 W. Rosedale, Ste. 200
Fort Worth, TX 76104
817-335-4316

ProPath, and its doctors, nurses, therapists, technicians, personnel, and staff
Dept. 41070, P.O. Box 660811
Dallas, TX 75266-0811
800-654-1888

Prostheticare DME, Fort Worth, LP, and its doctors, nurses, therapists, technicians, personnel, and staff
7241 Howkins View Drive
Fort Worth 76132
817-336-8293

Radiology Associates of North Texas, and its doctors, nurses, therapists, technicians, personnel, and staff
P.O. Box 1723
Indianapolis, IN 46206-1723
877-718-5728

    Tarrant Pathology Associates, and its doctors, nurses, therapists, technicians, personnel, and staff
P.O. Box 2627
Fort Worth, TX 76113-2627
877-340-5968

    Texas Health Care, PLLC, and its doctors, nurses, and therapists, specifically including Dr. James Brezina, Jr, Dr. Stephen L. Brotherton, Dr. Christopher Pratt, and additional providers Thompson and Rangineni
1651 West Rosedale, Ste. 205
Fort Worth, TX 76104
817-332-9966

    Texas Health Harris Methodist Hospital Southwest Fort Worth, and its doctors, nurses, and therapists
6100 Harris Parkway
Fort Worth, TX 76132
817-433-5000

    US Anesthesia, and its doctors, nurses, therapists, technicians, personnel, and staff
P.O. Box 660267
Dallas, TX 75266
844-812-2541

    Vista Medical Group\Vista Physical Therapy, and its doctors, nurses, and therapists
7668 McCart Ave.
Fort Worth, TX 76133
817-423-1621

   The subject matter on which the witnesses are expected to present evidence is Plaintiff's injuries, and physical and mental condition, the cause of Khin Suh's injuries, her medical treatment in the past, her future medical treatment needs, Khin Suh's physical and mental disabilities, limitations, and impairments, including limitations on ability to work, her inability to administer to the needs of self and family and to attend to customary household duties and occupations, the effect of Khin Suh's injuries on her past and future earning capacity, her pain and suffering, the reasonableness and necessity of her past and future medical expenses and related care, and all other information contained in the medical records of Khin Suh. A summary of the facts and opinions to which the witnesses are expected to testify are contained in the providers' medical reports and records and billing records of Khin Suh which records are incorporated into this designation the same as if fully set forth at length for all purposes.

   Such persons are listed only because of the specialized field of their knowledge, and Plaintiff should not be considered as vouching for their testimony or opinions, or their admissibility.

6. Plaintiff may also elicit testimony from one or more of the experts, if any, designated by Defendants in this case. Although persons designated by Defendants may not be Plaintiff's experts, Plaintiff reserves the right to call any and all experts identified by Defendants in this matter. This designation is made solely to comply with the rules and should not be construed to validate the opinions expressed by these experts. Presumably, the opinions of Defendants' experts are known by Defendants.

Respectfully submitted,

SMITH & SMITH

By: /s/   Daniel J. Smith
Daniel J. Smith
State Bar No. 18557100
Michael H. Smith
State Bar No. 00785005
6040 Camp Bowie Blvd., Suite 14
Fort Worth, Texas  76116
(817) 877-5750
(817) 877-8899 (Fax)
E-mail: dsmith@smithsmith-law.com
E-mail: msmith@smithsmith-law.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of March, 2020, a copy of the foregoing instrument was served upon the attorneys of record to the above cause, as follows:

**Via Email:**
zmayer@mayerllp.com
ejohnson@mayerllp.com
bmaxey@mayerllp.com
Zach T. Mayer
J. Edward Johnson
Brandon W. Maxey
Mayer LLP
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201

By:   /s/ Daniel J. Smith
         Daniel J. Smith