## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **KHIN SUH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:19-cv-00409-O** |
| | § | |
| **TYSON FOODS, INC., TYSON** | § | |
| **PREPARED FOODS, INC., TYSON** | § | |
| **FARMS, INC., AND TYSON,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Second Motion for Extension to Respond to Defendants' Motion for Summary Judgment (ECF No. 30), filed April 10, 2020. Having considered the motion, the Court finds that it should be and is hereby **GRANTED** for the limited purpose of filing Dr. Scott Farley's affidavit and Plaintiff's supplemental response regarding that affidavit. Plaintiff **SHALL** file the affidavit and supplemental response on or before **April 17, 2020.**

SO ORDERED on this **13th day** of **April, 2020.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**