**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KHIN SUH,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:19-cv-00409-O** |
| | § | |
| **TYSON FOODS, INC., TYSON** | § | |
| **PREPARED FOODS, INC., TYSON** | § | |
| **FARMS, INC., AND TYSON** | § | |
| *Defendants.* | § | |

**PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Khin Suh ("Suh") makes the following pretrial disclosures pursuant to Federal Rule

of Civil Procedure 26(a)(3), the Scheduling Order issued by the Court on June 24, 2019,[1] and the

Order issued by the Court on June 2, 2020.[2] Plaintiff reserves the right to offer additional rebuttal

witnesses and exhibits which cannot be anticipated at this time.

## I. Witnesses

Plaintiff expects to present the following witnesses at the time of trial, other than solely for

impeachment:

Khin Suh
2613 Clover Meadow Drive
Fort Worth, TX 76123
936-427-0520

Tlang Hawl
2613 Clover Meadow Drive
Fort Worth, TX 76123
936-427-0520

Thant Zin Oo
2613 Clover Meadow Drive

Fort Worth, TX 76123
936-332-3897

Khin Nan Cii
2613 Clover Meadow Drive
Fort Worth, TX 76123
682-301-0356

Ki Zong Leng
2613 Clover Meadow Drive
Fort Worth, TX 76123
817-253-9965

Tin Aye Nwe
7617 Rainbow Creek Drive
Fort Worth, TX 76123
817-333-9724

Safi Devothe
Address and phone unknown.
817-550-4777

Representative of Tyson Foods, Inc., Tyson Prepared Foods, Inc., and Tyson Farms, Inc.
c/o Mayer, LLP
750 N. St. Paul Street, Ste. 700
Dallas, TX 75201
214-379-6900

Naymarie Garay
8761 Lariat Circle
Fort Worth, Texas 76244
Phone number unknown

Joel Navarrete
4709 NE Loraine St.
Haltom City, TX 76117
(682) 465-6400

James Johnson
500 NW Charlyne Dr.
Burleson, Texas 76028
817-819-4304

Tim Gest
2645 Lakeside Dr.

Burleson, Texas 76028
Phone number unknown

Fidel Suarez
2612 Honeysuckle Ave
Fort Worth, TX 76111
682-597-0427

Jason English
English Engineering Inc.
543 William D Fitch Pkwy, Ste. 112
College Station, TX 77845
(979) 431-0702

Dr. Scott Farley
Comprehensive Spine Center of Dallas
1000 9th Avenue, Suite A
Fort Worth, Texas 76104
214-241-1427

Dr. Jason Marchetti
Physician's Life Care Planning
6505 W Park Blvd #155
Plano, TX 75093
(469) 458-6119

Thomas Roney
3313 W. Fifth Street
Fort Worth, TX 76107
(214) 665-9458

**Plaintiff lists the following witnesses that she may call at the time of trial if the need arises:**

Ulia Idin
2613 Clover Meadow Drive
Fort Worth, TX 76123
817-253-9965

Kl Buk Ring
2613 Clover Meadow Drive
Fort Worth, TX 76123
817-253-9965

Steven Hlamuan
7617 Rainbow Creek Drive

Fort Worth, TX 76123
817-870-6106

Sifa Nyiraguhirwa
Address and phone unknown.

Greg Irby
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Alberto Romero
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Armando Zavala
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Miguel Sanchez
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Louis Rabago
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Jaime Gonzalez
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Victor (or Ramon) Camacho
Kerry Foods
7401 Will Rogers Blvd.

Fort Worth, Texas 76140
(469) 754-2000

Sylvestre Vergara
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Estella Garza
7401 Will Rogers Blvd.
Fort Worth, TX 76140
(469) 754-2000

Donnie White
Kerry Foods
7401 Will Rogers Blvd.
Fort Worth, Texas 76140
(469) 754-2000

Santos Puga Carrillo
3109 Autumn Run Dr.
Forrest Hill, TX 76140
Phone number unknown

Reydecel Davila
3157 Oscar Ave.
Fort Worth, TX 76106
Phone number unknown

Ilangi Kalonga
4400 Abbey Apt 6104
Fort Worth, TX 76119
817-987-8662

Sergio Lopez
2819 Gipson
Fort Worth, TX 76111
Phone number unknown

Martinez Hernandez
Address and phone unknown.

David Shabani
2225 Jacocks Lane, Apt. 2914

Fort Worth, TX 76115
469-510-6298

Jesus Sierra
Address and phone unknown.

Adrian Ventura
2729 Daisy Lane
Fort Worth, TX 76111
817-706-4546

Ashwe Yone
1470 Carol Oaks Ln 2601
Fort Worth, TX 76112
Phone number unknown

Ms. Sonja Duncan, RN
Cardiovascular Home Care
7261 Hawkins View Drive
Fort Worth, TX 76132
817-847-8888

Jake Mitchell, PT
Cardiovascular Home Care
7261 Hawkins View Drive
Fort Worth, TX 76132
817-847-8888

Dr. George Farley
Comprehensive Spine Center of Dallas
1000 9th Avenue, Suite A
Fort Worth, Texas 76104
214-241-1427

Dr. Arash Bidgoli
Comprehensive Spine Center of Dallas
1000 9th Avenue, Suite A
Fort Worth, Texas 76104
214-241-1427

Nik Volkov, Ph.D.
3313 W. Fifth Street
Fort Worth, TX 76107
(214) 665-9458

Dr. Mark Wylie
Fort Worth Orthopedics, a clinic of Texas Health Physicians Group
6301 Harris Parkway, Ste. 200
Fort Worth, TX 76132
817-433-3450

Troy Duley, P.A.-C.
Fort Worth Orthopedics, a clinic of Texas Health Physicians Group
6301 Harris Parkway, Ste. 200
Fort Worth, TX 76132
817-433-3450

Mary Agnus Jonson, NP
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Douglas Dickson
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Sara Haynes
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Brooke Schutte
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Brian Nwannunu
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Travis Rhodes
JPS Health Network
1500 S. Main Street

Fort Worth, TX 76104
817-921-3431

Dr. Amir R. Hegazi, M.D.
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Rama K. Kancharla, M.D.
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Ambika K. Nair, M.D.
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Shuang Chen, A.P.R.N., F.N.P.
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Jessica Ferguson, L.P.C.
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Addie Boone
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Samantha R. Thomas, PA-C
JPS Health Network
1500 S. Main Street
Fort Worth, TX 76104
817-921-3431

Dr. Stephen L. Brotherton, M.D.
Texas Health Care, PLLC (a/k/a Previa Medical Group)
1651 West Rosedale, Ste. 200 and 205
Fort Worth, TX 76104
817-332-9966
817-335-4316

Drew Thompson, P.A.
Texas Health Care, PLLC (a/k/a Previa Medical Group)
1651 West Rosedale, Ste. 200 and 205
Fort Worth, TX 76104
817-332-9966
817-335-4316

Dr. James Brezina, Jr., M.D.
Texas Health Care, PLLC (a/k/a Previa Medical Group)
1651 West Rosedale, Ste. 200 and 205
Fort Worth, TX 76104
817-332-9966
817-335-4316

Dr. Christopher Pratt, D.O.
Texas Health Care, PLLC (a/k/a Previa Medical Group)
1651 West Rosedale, Ste. 200 and 205
Fort Worth, TX 76104
817-332-9966
817-335-4316

Dr. Ramu Rangineni, M.D.
Texas Health Care, PLLC (a/k/a Previa Medical Group)
1651 West Rosedale, Ste. 200 and 205
Fort Worth, TX 76104
817-332-9966
817-335-4316

Cameron Carmody, M.D.

Eduardo Elizondo, MD, CLCP

Leigh Anne Levy

James W. Stanley

All records custodians for Khin Suh's medical records and medical billing records, including but
not limited to the custodians of records for:

- Medical- Amazing Grace Home Health Agency
- Medical- Baylor Scott & White All Saints FW
- Medical- Baylor Surgicare
- Medical- Cardiovascular Home Care
- Medical- Comprehensive Spine Center
- Medical- Elite Medical Laboratory Solutions
- Medical- John Peter Smith Health Network
- Medical- MedStar Ambulance
- Medical- Midtown Medical Imaging
- Medical- MRI Centers of Texas
- Medical- Propath
- Medical- Prostheticare FW, LP
- Medical- Texas Health Harris Methodist SW FW care of Texas Health Resources
- Medical- Texas Health Physician Group- FW Ortho
- Medical- Texas Healthcare PLLC
- Medical- Vista Physical Therapy
- Billing- Amazing Grace Home Health Agency
- Billing- Baylor Scott & White All Saints FW
- Billing- Baylor Surgicare
- Billing- Cardiovascular Home Health
- Billing- Century Integrated Partners
- Billing - Comprehensive Spine Center
- Billing- Elite Medical Laboratory Solutions
- Billing- John Peter Smith Health Network
- Billing- MedStar Ambulance
- Billing- Midtown Medical Imaging
- Billing- MRI Centers of Texas
- Billing- Propath
- Billing- Prostheticare Fort Worth, LP
- Billing- Radiology Associates of North Texas
- Billing- Tarrant Pathology Associates
- Billing- Texas Health Resources (TX Health Southwest FW)
- Billing- Texas Health Physician Group- FW Ortho
- Billing- Texas Healthcare PLLC
- Billing- Uptown Radiology Associates
- Billing- US Anesthesia
- Billing- Vista Physical Therapy

Sharon Olson
Custodian of records for Kerry Foods
3400 Millington Road
Beloit, WI 53511
608-363-1200

Terra Brimberry
Custodian of records for Intertek Alchemy

Any individual who has been or will be named by any party in response to any Interrogatory;

Any individual whose name appears on any document which has been or will be produced by any party in any response to Request for Production;

Any individual whose name is reflected in any document which has been or will be submitted to a court by affidavit;

Any individual whose name is reflected in any document which has been or will be subpoenaed by any party;

Any individual whose name appears in the transcript of any deposition taken in this matter;

Any individual whose name is reflected in any document which has been or will be attached to the transcript of any deposition;

Any employees, agents, or representatives of any of the individuals or entities identified above as witnesses; and

The custodians of records for any the individuals and/or entities, where applicable, identified above as witnesses.

Plaintiff also reserves the right to read portions of or complete depositions of other persons taken in other litigation in response to any deposition designation proffered by Defendants.

Plaintiff further reserves the right to call any witness named by Defendants, and reserve the right to call any witness necessary for rebuttal or impeachment purposes.

Plaintiff further reserves the right to amend this list as necessary to include individuals or entities identified in further discovery of this matter, as rebuttal witnesses, or in response to pretrial or trial rulings by the Court.

## II. Depositions

Plaintiff designates the following witnesses that she may present by deposition at the time of

trial, other than solely for impeachment:

Timothy Gest

      Page 4:14-16
      Page 6:25-7:2

Page 7:15-19
Page 7:25-8:8
Page 8:14-9:6
Page 9:18-10:1
Page 10:14-23
Page 14:7-15:15
Page 16:1-18
Page 17:11-13
Page 20:9-20
Page 21:8-22:6
Page 26:1-12
Page 27:2-6
Page 27:11-18
Page 28:3-10
Page 31:14-24
Page 32:14-33:17
Page 33:24-34:2
Page 38:16-39:1
Page 39:8-11
Page 40:4-41:23
Page 42:2-13
Page 43:18-22
Page 52:17-19
Page 53:5-8
Page 53:15-17
Page 55:8-18
Page 58:19-59:23
Page 60:4-61:1
Page 61:7-21
Page 62:4-15

James Johnson

Page 4:25-5:2
Page 8:13-9:10
Page 9:13-18
Page 11:9-24
Page 12:20-23
Page 13:3-14:8
Page 15:2-5
Page 15:8-23
Page 16:8-11
Page 16:15-19
Page 17:5-12
Page 17:23-18:20

Page 18:24-19:2
Page 19:18-22
Page 20:1-21:3
Page 21:21-23
Page 23:2-8
Page 23:19-24
Page 24:19-24
Page 25:10-14
Page 26:14-27:13
Page 27:22-28:11
Page 29:11-16
Page 29:25-30:6
Page 31:7-10
Page 31:12-16
Page 32:8-12
Page 33:3-14
Page 33:21-35:12
Page 36:2-12
Page 36:15-37:8
Page 37:17-38:20
Page 39:1-20
Page 42:23-43:15
Page 47:4-15
Page 48:2-4
Page 48:14-22
Page 49:2-4
Page 51:10-13
Page 51:18-22
Page 53:5-21
Page 59:1-2
Page 62:10-53:3
Page 63:19-64:1
Page 64:14-16
Page 65:19-66:19
Page 67:17-23
Page 69:12-22
Page 70:1-13
Page 70:16-71:5
Page 72:14-20
Page 73: 21-74:6
Page 74:15-24
Page 77:11-18
Page 79:10-21
Page 80:10-24
Page 81:3-9

Page 81:18-22
Page 83:9-15
Page 85:1-86:1
Page 87:8-11
Page 87:17-25
Page 88:21-89:9
Page 90:4-13
Page 93:15-94:1
Page 94:14-95:1
Page 95:22-96:22
Page 97:9-18
Page 99:20-100:10
Page 100:16-25
Page103:23-104:7
Page 105:13-20
Page 113:20-114:4
Page 115:7-12
Page 122:21-123:9

Naymarie Garay

Page 4:10-12
Page 8:2-3
Page 9:1-5
Page 9:10-11
Page 9:22-10:1
Page 10:9-11
Page 12:9-12
Page 13:16-17
Page 14:3-5
Page 16:18-20
Page 20:2-4
Page 21:10-14
Page 21:20-24
Page 22:7-12
Page 22:20-25
Page 23:21-24:4
Page 24:8-25:5
Page 27:6-11
Page 27:19-22
Page 28:25-29:4
Page 32:12-17
Page 47:5-9
Page 47:13-15
Page 48:23-49:8

Page 53:25-54:5
Page 59:2-5
Page 59:8-18
Page 63:18-21
Page 64:3-7
Page 64:17-21
Page 65:19-22
Page 67:3-9
Page 67:14-69:2
Page 70:1-6
Page 72:21-73:1
Page 73:2-74:4
Page 75:14-22
Page 76:15-19
Page 77:22-78:4
Page 80:22-82:6
Page 82:13-20
Page 88:9-21
Page 89:8-13
Page 90:17-18
Page 91:22-92:8
Page 97:6-11

Plaintiff specifically reserves the right to offer other portions of the above depositions at trial in

response to testimony or other evidence by Defendants or to clarify or rebut testimony inconsistent

with that contained in the above deposition transcript.  Plaintiff further reserves the right to present

as evidence all portions of any witness' deposition testimony designated by Defendants.


Dr. Jason Marchetti
Thomas Roney

MRI Centers of Texas (deposition transcript received today)
Ki Zong Leng (deposed but transcript not yet received)
Joel Navarrete (deposed but transcript not yet received)
Jason English (deposed but transcript not yet received)
Dr. Scott Farley (deposed but transcript not yet received)
James Stanley (deposed but transcript not yet received)
US Anesthesia, P.A. / US Anesthesia Partners of Texas  (deposed but transcript not yet received)
Texas Health Physician's Group – Fort Worth Orthopedics  (deposed but transcript not yet received)
Cameron Carmody (not yet deposed)

Baylor Scott & White All Saints Medical Center at Fort Worth (not yet deposed)
John Peter Smith Health Network (not yet deposed)
Metropolitan Area EMS Authority d/b/a Medstar Mobile Healthcare (not yet deposed)
Texas Health Resources (not yet deposed)
Fidel Suarez (not yet deposed)
Estella Garza (not yet deposed)
Greg Irby (not yet deposed)

## III. Exhibits

Plaintiff designates the following exhibits that she may offer into evidence at the time of trial

(not necessarily in order of introduction), other than solely for impeachment:

| Exhibit Number | Description |
|---|---|
| 1 | FW Kettle- General Labor task/requirement; TYS 501 |
| 2 | Personnel Action Form - Hire - 9/13/11; TYS0046 |
| 3 | Post offer health assessment- 9 13 11; TYS0075-78 |
| 4 | Email to Estella Garza that transfer request for Khin Suh completed; transfer date 1/9/17; TYS0072 |
| 5 | On-the-job Job Safety Manual (Plant Safety Manual - 2014) (unsigned); TYS 519-546 |
| 6 | Department Listing of Payroll Results 4/2/17 - 4/22/17; TYS 0600-0602 |
| 7 | Alchemy Manager User Transcript - Learner: Khin Suh; training 9/8/17; TYS 0556 |
| 8 | Khin Suh request for vacation from 9/11/17-9/15/17 dated 9/8/17; TYS 0580 |
| 9 | Khin Suh request for vacation from 9/18/17-9/22/17 dated 9/8/17; TYS 0582 |
| 10 | Personnel Action Form - Transfer - 10/29/17; TYS0043 |
| 11 | Proof of Employment THHSC; TYS0070 |
| 12 | Exhibit 1 from Depo of Joel Navarette - Blueprint of Tyson facility |
| 13 | Job Safety Analysis for Kettles - Debox Slury Lines 1&2; TYS 0549-0555 |
| 14 | Employee's Initial Report of Injury/Illness – 4/12/17; TYS 0074 |
| 15 | Employer's Report of Accident/Illness – 4/12/17; TYS 0073 |
| 16 | Email from James Johnson to Naymarie Garay dated 4/13/17 at 1:21 am; TYS 509 |
| 17 | Tyson 8 week follow-up form |
| 18 | Kettle Relocation - Renovation of Sauce Prep Room, May - June 2017; TYS 0547-0548 |
| 19 | 9/22/17 Texas Health Care (Stephen Brotherton); DWQ THC2 – 00061, 00075-00076, 00001-00007 |
| 20 | 9/22/17 Texas Health Care - light duty work restrictions dated 9/22/17; DWQ THC2 – 00029 |
| 21 | 9/22/17 Texas Health Care – referral to physical therapy dated 9/22/17; DWQ THC2 – 00054 |

| 22 | X-ray image of pelvis/lumbar spine from Texas Health Care (Privia) dated 9/22/17 |
|----|---------------------------------------------------------------------------------|
| 23 | Tyson Job Placement Physical Recommendation-Temp Work Restriction, dated 9-25-17, signed by doctor; TYS 0079 |
| 24 | 10/2/17 – 10/13/17 Vista Physical Therapy; DWQ 00001-00033 |
| 25 | Email from Estella Garza to James Johnson, Armando Zavala, Jr., cc to Miguel Sanchez, dated 10/6/17, and forwarded to Naymarie Garay, on same day, that Khin Suh has temporary work restrictions in place until 11/2/17; TYS 0510 |
| 26 | 10/20/17 Texas Health Care (Drew Thompson, PA); DWQ THC2 – 00008-00014 |
| 27 | Texas Health Care - light duty work restrictions dated 10/20/17; TYS 0080 |
| 28 | 10/22/17 Midtown Medical Imaging; DWQ 00001-00006 |
| 29 | 10/31/17 Texas Health Care (Dr. Brezina); DWQ THC2 – 00016-00023 |
| 30 | Light Duty Status Note from Dr. Brezina of Texas Health Care dated 10/31/17; TYS 0081 |
| 31 | MRI images of lumbar spine from Midtown Medical Imaging dated 10/22/17 |
| 32 | 11/22/17 Baylor Surgicare FW (Dr. Christopher Pratt); DWQ 00001, 00005, 00011, 00017, 00020, 00023-00024, 00029 |
| 33 | Baylor Surgicare -Note to Employer 11 22 17; TYS 0082 |
| 34 | 11/24/17 Baylor Surgicare FW; DWQ 00021 |
| 35 | 11/30/17 MedStar; DWQ 00001-00004 |
| 36 | 11/30/17 Baylor Scott & White; DWQ 00001-00009, 00013-00017, 00028, 00038 |
| 37 | CT of abdomen and pelvis from Baylor Scott & White dated 11/30/17 |
| 38 | 12/6/17 Texas Health Care (Dr. Christopher Pratt); DWQ THC2 – 00055-00059; DWQ THC1-00010-00011, 00013-00016 |
| 39 | 12/6/17 Elite Medical Laboratory; DWQ 00006-00007 |
| 40 | 12/7/17 Texas Health Care (Dr. Christopher Pratt); DWQ THC1 – 00008 |
| 41 | 12/12/17 Fort Worth Orthopedics (Dr. Mark Wylie); DWQ 00002-00016 |
| 42 | X-ray image of lumbar spine from Fort Worth Orthopedics dated 12/12/17 |
| 43 | Surgery Book from Dr. Mark Wylie, Fort Worth Orthopedics |
| 44 | 12/12/17 – 12/15/17 Harris SW; DWQ 00001-00050, 00062-00069, 00094-00118, 00127-00221 |
| 45 | X-ray images of lumbar spine from THR Harris Southwest dated 12/13/17 |
| 46 | 12/20/17 Fort Worth Orthopedics; DWQ 00152 |
| 47 | 12/22/17 – 1/4/18 CardioVascular Home Care; DWQ 00002-00004, 00029-00062, 00065-00102 |
| 48 | 1/3/18 Fort Worth Orthopedics (Troy Duley, PA-C); DWQ 00021-00025 |
| 49 | 1/29/18 Fort Worth Orthopedics; DWQ 00154 |
| 50 | 2/15/18 Fort Worth Orthopedics (Troy Duley, PA-C); DWQ 00038-00042 |
| 51 | 4/19/18 Fort Worth Orthopedics (Troy Duley, PA-C); DWQ 00046-00050 |
| 52 | X-ray images of lumbar spine from Fort Worth Orthopedics dated 4/19/18 |
| 53 | 9/14/18 JPS-Urgent Clinic (Mary Agnus Jonson, NP); DWQ 00001-00008, 00025 |

| 54 | X-ray image of lumbar spine from JPS dated 9/14/18 |
|---|---|
| 55 | 11/2/18 JPS (Dr. Douglas Dickson - Orthopedic Spine Surgery); DWQ 00046-00051 |
| 56 | 1/21/19 – 3/14/19 JPS (Physical Therapy); DWQ 00095-00098, 00110-00112, 00123-00126, 00137-00139, 00150-00152, 00163-00165, 00176-00177, 00188-190 |
| 57 | 3/19/19 JPS (Family Medicine) (Dr. Brooke Schutte, Resident to Dr. William Pate); DWQ 00200-00205 |
| 58 | 5/6/19 JPS (Neurosurgery) (Dr. Oliver Kesterson's resident, Dr. Brian Nwannunu); DWQ 00236-00241, 00255-00256 |
| 59 | 7/18/19 JPS (Leuda Pain Management Clinic) (Dr. Travis Rhodes); DWQ 00410-00417 |
| 60 | 7/26/19 JPS (Leuda Pain Management Clinic) (Dr. Travis Rhodes); DWQ 00455-00462 |
| 61 | 10/4/19 JPS (Leuda Pain Management Clinic) (Dr. Amr R. Hegazi, M.D.); 2/6/20 Aff'd – 51-52, 54-60, 72 |
| 62 | 11/5/19 JPS (Leuda Pain Management Clinic) (Dr. Anupa Seth, M.D.); 2/6/20 Aff'd – 93-103, 120, 122, 127, 158-160 |
| 63 | 11/5/19 MedStar; PDF pp. 2-5 |
| 64 | 11/5/19 JPS; 2/6/20 Aff'd – 171-179 |
| 65 | 11/6/19 – 11/8/19 JPS; 2/6/20 Aff'd – 237-275 |
| 66 | 11/12/19 JPS Family Care (Shuang Chen, A.P.R.N., F.N.P.); 2/6/20 Aff'd – 682-688 |
| 67 | 11/18/19 - 12/18/19 Amazing Grace HHA; PDF pp. 1-52 |
| 68 | 12/2/19 JPS (Connect Clinic) (Sireesha Kolachalama, M.D.); 2/6/20 Aff'd – 715-722 |
| 69 | 12/3/19 JPS- Leuda Pain Management (Maureen E. Joyner, A.P.R.N., N.P.); 2/6/20 Aff'd – 763-767, 787-788 |
| 70 | 12/3/19 MedStar; PDF pp. 9-13 |
| 71 | 12/3/19 JPS; 2/6/20 Aff'd – 797-806 |
| 72 | 1/9/20 JPS; 2/6/20 Aff'd – 881-894, 991 |
| 73 | 1/10/20 JPS  (Behavioral Health; Jessica Ferguson, L.P.C.); 2/6/20 Aff'd – 1007-1017, 1029, 1031-1033 |
| 74 | 1/16/20 JPS (Family Medicine) (Dr. Addie Boone); 2/6/20 Aff'd – 1044-1054, 1073 |
| 75 | 1/27/20 JPS (Behavioral Health) (Samantha R. Thomas, PA-C); 2/6/20 Aff'd – 1095-1117 |
| 76 | 2/4/20 - 4/2/20 JPS (Physical Therapy); 7/7/20 Aff'd – 1-4, 21, 76-78, 96, 120-122, 138, 195-197, 214, 279-281, 298-299, 309-311, 328, 338-340, 357 |
| 77 | 2/6/20 MRI Centers of TX; PDF p. 1 |
| 78 | 2/11/20 JPS (Neurology); 7/7/20 Aff'd – 31-43 |
| 79 | 2/13/20 JPS; 7/7/20 Aff'd – 106-111 |
| 80 | 2/19/20 Comprehensive Spine Center (Dr. Scott Farley) |
| 81 | 2/21/20 JPS; 7/7/20 Aff'd – 148-155, 157-160 |
| 82 | 2/27/20 MRI Centers of TX; PDF p. 7-10 |
| 83 | 2/28/20 Comprehensive Spine Center (Dr. Scott Farley) |

| 84 | 3/3/20 Comprehensive Spine Center |
|---|---|
| 85 | 3/4/20 Comprehensive Spine Center (Dr. Scott Farley) |
| 86 | 3/6/20 JPS (Behavioral Health); 7/7/20 Aff'd – 224-231, 236, 248, |
| 87 | Medical Record of Comprehensive Spine Center dated 3-6-20 |
| 88 | Medical Record of Comprehensive Spine Center dated 3-12-20 |
| 89 | Medical Record of Comprehensive Spine Center dated 3-13-20 |
| 90 | 4/27/20 JPS (Behavioral Health); 7/7/20 Aff'd – 367-381 |
| 91 | 6/4/20 JPS; 7/7/20 Aff'd – 404-411, 418 |
| 92 | 6/17/20 JPS; 7/7/20 Aff'd – 429-430, 432-437 |
| 93 | Medical Record from Comprehensive Spine Center dated 6/2/20 |
| 94 | Notice of Surgical Recommendations from Comprehensive Spine Center dated 3/5/2020 |
| 95 | Itemized cost for Dorsal Column Stimulator Trial from Comprehensive Spine Center dated 3/5/20 |
| 96 | Itemized cost for Dorsal Column Stimulator Permanent Implant from Comprehensive Spine Center dated 3/5/20 |
| 97 | X-ray image of lumbar spine from MRI Centers of Texas dated 2/6/20 |
| 98 | MRI image of lumbar spine from MRI Centers of Texas dated 2/27/20 |
| 99 | CT image of lumbar spine from MRI Centers of Texas dated 2/27/20 |
| 100 | Medical Records from JPS from 6/17/20 to the present |
| 101 | DWQ- Billing- Texas Healthcare PLLC (w/ DWQ Q & A) |
| 102 | DWQ- Billing- Vista PT (w/ DWQ Q & A) |
| 103 | DWQ- Billing- Midtown Medical Imaging (w/ DWQ Q & A) |
| 104 | DWQ- Billing- Baylor Surgicare (w/ DWQ Q & A) |
| 105 | DWQ- Billing- US Anesthesia (w/ DWQ Q & A) |
| 106 | DWQ- Billing- MedStar Ambulance (w/ DWQ Q & A) |
| 107 | DWQ- Billing- Baylor Scott & White All Saints FW (w/ DWQ Q & A) |
| 108 | DWQ- Billing- Century Integrated Partners (w/ DWQ Q & A) |
| 109 | DWQ- Billing- Radiology Associates of North Texas (w/ DWQ Q & A) |
| 110 | DWQ- Billing- Tarrant Pathology Associates (w/ DWQ Q & A) |
| 111 | DWQ- Billing- Elite Medical Laboratory Solutions (w/ DWQ Q & A) |
| 112 | DWQ- Billing- Texas Health Physician Group- FW Ortho (w/ DWQ Q & A) |
| 113 | DWQ- Billing- Propath (w/ DWQ Q & A) |
| 114 | Billing Records with Affidavit from Texas Health Resources (TX Health Southwest FW) |
| 115 | Billing Records with Affidavit from Prostheticare Fort Worth, LP |
| 116 | DWQ- Billing- Cardiovascular Home Health (w/ DWQ Q & A) |
| 117 | Billing Records from Amazing Grace Home Health Agency (no affidavit) |
| 118 | Billing Records with Affidavit (dated 5/26/20) from JPS (through 4/2/20) |
| 119 | Final Demand Letters from JPS dated 1/26/20 |

| 120 | Billing Records with Affidavit (5/13/20) from Medstar (11/5/19 & 12/3/19 DOS) |
| 121 | Billing Records with Affidavit from MRI Centers of Texas |
| 122 | Billing Records from Uptown Radiology Associates (no affidavit) |
| 123 | Billing Records with Affidavit from Comprehensive Spine Center |
| 124 | Statement of Earnings and Deductions, payroll date 4/20/17; TYS 0462 |
| 125 | W-2 from Tyson Farms, Inc. - 2014; TYS 0138 |
| 126 | W-2 from Tyson Farms, Inc. - 2015; TYS 0139 |
| 127 | W-2 from Tyson Farms, Inc. - 2016; TYS 0140 |
| 128 | W-2 from Tyson Prepared Foods, Inc. - 2017; TYS 0141 |
| 129 | 2016 U.S. Individual Income Tax Return Form 1040 |
| 130 | 2017 U.S. Individual Income Tax Return Form 1040 |
| 131 | 2018 U.S. Individual Income Tax Return Form 1040 |
| 132 | 2019 U.S. Individual Income Tax Return Form 1040 |
| 133 | Proof of Employement for TX HHSC signed by Tyson (Estella Garza) on 12/11/17 |
| 134 | Retirement Savings Plan of Tyson Foods, Inc. account statement for 10/1/17 - 12/31/17 |
| 135 | Distribution Statement Form 1099-R for Tyson Foods, Inc. Retirement Savings Plan, Acct. No. 1, for 2018 |
| 136 | Distribution Statement Form 1099-R for Tyson Foods, Inc. Retirement Savings Plan, Acct. No. 2, for 2018 |
| 137 | Jason English - CV & Publications |
| 138 | Report from English Engineering dated 3/13/20 |
| 139 | Brauer, Roger L., Safety and Health for Engineers, Second Edition, 2006, pp. 139-140. |
| 140 | National Fire Protection Association, Life Safety Code Handbook, NFPA 101, 11th Edition, 2009, pp. 132-133. |
| 141 | National Safety Council, Slips, Trips and Falls on Floors, Data Sheet 495, Rev. November 2009, pp. 1-9. |
| 142 | OSHA 29 CFR 1910.22 - Walking/Working Surfaces: General Requirements |
| 143 | OSHA 29 CFR 1910.176 - Materials Handling and Storage: Handling Materials - general |
| 144 | ASTM International, F 1637-10 - Standard Practice for Safe Walking Surfaces, 2010. |
| 145 | Scott Farley - CV |
| 146 | Comprehensive Spine Center Website - Scott Farley Biography |
| 147 | Jason Marchetti - Biography |
| 148 | Jason Marchetti - CV |
| 149 | Medical Questionnaire - Marchetti Depo Ex. 5 |
| 150 | Life Care Plan from PLCP dated 3/3/20 |
| 151 | Amended Life Care Plan from Physician's Life Care Planning dated 7/9/20 |
| 152 | Guides to the Evaluation of Permanent Impairment |
| 153 | Physician's Guide to Life Care Planning - Probable Duration of Care |

| 154 | Physician's Guide to Life Care Planning - Life Expectancy |
|---|---|
| 155 | Physician's Guide to Life Care Planning - Tenet, Methods, and Best Practices |
| 156 | Thomas Roney - CV |
| 157 | Supplemental Assessment of Economic Loss from Thomas Roney dated 7/10/20 |
| 158 | Supplemental Assessment of the Present Value of the Life Care Plan of Khin Suh from Thomas Roney dated 8/4/20 |
| 159 | 9/14/20 Update to Personal Injury Economic Damages Report from Thomas Roney |
| 160 | FDRsafety invoice #15626 dated 6/1/20 |
| 161 | FDRsafety invoice #15760 dated 9/8/20 |
| 162 | MedSys Rehabilitation - invoice dated 6/20/20 |
| 163 | MedSys Rehabilitation - depo invoice dated 8/24/20 |
| 164 | Exhibit 2 from Depo of Joel Navarette - Photo of Vmag carts |
| 165 | Exhibit 3 from Depo of Joel Navarette - Photo of Vmag cart - bottom view |
| 166 | Exhibit 4 from Depo of Joel Navarette - Photo of Vmag carts - with and without handles |
| 167 | James Johnson Depo Exhibit 1 - Hand Drawing |
| 168 | Vmeg Cart Photo 1 |
| 169 | Vmeg Cart Photo 2 |
| 170 | Vmeg Cart Photo 3 |
| 171 | Vmeg Cart Photo 4 |
| 172 | SANI-LAV Stainless Steel V-Edge Dump Buggy, 400 lb. Load Capacity - 4ZDW3_400 - Grainger |
| 173 | SANI-LAV V-Edge Dump Buggies |
| 174 | V-Edge Dump Buggies – Models 600 and 400 with specifications |
| 175 | Photo of Khin Suh's scar |
| 176 | Day in the Life of Khin Suh video |
| 177 | Medical diagram 1 |
| 178 | Medical diagram 2 |
| 179 | Medical diagram 3 |
| 180 | Summary of past medical xxpenses |
| 181 | Summary of Life Care Plan |
| 182 | Summary of loss of earnings in the past |
| 183 | Summary of loss of earnings in the Future |
| 184 | Summary of loss of capacity to perform household services in the past |
| 185 | Summary of loss of capacity to perform household services in the future |
| 186 | Summary of damages elements from court's charge |
| 187 | Blow-up of any of Plaintiff's or Defendants' exhibits, summaries, or demonstrative aids |

**MAY USE IF NECESSARY**

| Exhibit Number | Description |
|---|---|
| 188 | DWQ- Medical- Texas Healthcare PLLC (w/ DWQ Q & A) |
| 189 | DWQ- Medical- Texas Healthcare PLLC 2 (w/ DWQ Q & A) |
| 190 | DWQ- Medical- Vista PT (w/ DWQ Q & A) |
| 191 | DWQ- Medical- Midtown Medical Imaging (w/ DWQ Q & A) |
| 192 | DWQ- Medical- Baylor Surgicare (w/ DWQ Q & A) |
| 193 | DWQ- Medical- MedStar Ambulance (w/ DWQ Q & A) |
| 194 | DWQ- Medical- Baylor Scott & White All Saints FW (w/ DWQ Q & A) |
| 195 | DWQ- Medical- Elite Medical Laboratory Solutions (w/ DWQ Q & A) |
| 196 | DWQ- Medical- Texas Health Physician Group- FW Ortho (w/ DWQ Q & A) |
| 197 | DWQ- Medical- Propath (w/ DWQ Q & A) |
| 198 | DWQ- Medical- Texas Health Harris Methodist SW FW (w/ DWQ Q & A) |
| 199 | DWQ- Medical- Prostheticare FW, LP (w/ DWQ Q & A) |
| 200 | DWQ- Medical- Cardiovascular Home Care (w/ DWQ Q & A) |
| 201 | Medical Records from Amazing Grace Home Health Agency (no affidavit) |
| 202 | DWQ- Medical- JPS Health Network from 9/14/18 - 8/26/19 (w/ DWQ Q & A) |
| 203 | Medical Records, with Affidavit, from JPS from 8/26/19 - 1/27/20 |
| 204 | Medical Records, with Affidavit, from JPS from 2/4/20 - 6/17/20 |
| 205 | Medical Records with Affidavit from Comprehensive Spine Center |
| 206 | Medical Records with Affidavit from Comprehensive Spine Center |
| 207 | Medical Records from MRI Centers of Texas (no affidavit) |
| 208 | Medical Records with Affidavit (5/13/20) from MedStar |
| 209 | X-ray images of pelvis/lumbar spine from Texas Health Care (Privia) dated 9/22/17 |
| 210 | MRI images of lumbar spine from Midtown Medical Imaging dated 10/22/17 |
| 211 | CT of abdomen and pelvis from Baylor Scott & White dated 11/30/17 |
| 212 | X-ray images of lumbar spine from Fort Worth Orthopedics dated 12/12/17 |
| 213 | X-ray images of lumbar spine from THR Harris Southwest dated 12/13/17 |
| 214 | Medical Records Affidavit from THR Harris Southwest for 12/13/17 x-ray imaging |
| 215 | X-ray images of lumbar spine from Fort Worth Orthopedics dated 1/3/18 |
| 216 | X-ray images of lumbar spine from Fort Worth Orthopedics dated 2/15/18 |
| 217 | X-ray images of lumbar spine from Fort Worth Orthopedics dated 4/19/18 |
| 218 | X-ray images of lumbar spine from JPS dated 9/14/18 |
| 219 | X-ray images of lumbar spine from JPS dated 11/2/18 |
| 220 | X-ray images of lumbar spine from JPS dated 5/6/19 |
| 221 | Medical Records Affidavit from JPS for radiology reports and imaging CD |
| 222 | CT images of Head from JPS dated 11/6/19 |
| 223 | MRI images of Lumbar Spine from JPS dated 11/8/19 |
| 224 | X-ray images of lumbar spine from MRI Centers of Texas dated 2/6/20 |

| 225 | MRI images of lumbar spine from MRI Centers of Texas dated 2/27/20 |
|---|---|
| 226 | CT images of lumbar spine from MRI Centers of Texas dated 2/27/20 |
| 227 | Social Security Earnings Record for Khin Suh - certified copy |
| 228 | Excel Spreadsheet - Present Value Analysis of Amended Life Care Plan |
| 229 | Excel Spreadsheet - Personal Injury Economic Damages Report - Revised Report |
| 230 | Checklist competed by Smith & Smith for Thomas Roney |
| 231 | Expectancy Data - Employer Paid Benefits |
| 232 | Expectancy Data - Full Time Earnings in the US |
| 233 | Personal Consumption by Family Type and Household Income |
| 234 | CBO - distribution of household income and federal taxes 2010 |
| 235 | Consumer Price Index Detailed Report, Table 3A. Historical Consumer Price Index for All Urban Consumers (CPI-U) (U.S. city average, by commodity and service group, and detailed expenditure categories), January 2000 through January 2019. |
| 236 | Office of the Actuary, Centers for Medicare & Medicaid Services (CMS) National Health Price Increase Projections – 2016-2025, Annual Price Growth. |
| 237 | U.S. Bureau of Labor Statistics Consumer Price Index, Measuring Price Change for Medical Care in the CPI |
| 238 | CBO's Year-by-Year Forecast and Projections, An Update to The Budget and Economic Outlook: Years 2020 to 2030, July 2020, The Congress of the United States, Congressional Budget Office. http://www.cbo.gov/ |
| 239 | The United States Old Age Survivors Insurance & Federal Disability Insurance (OASDI) Trust Funds' 2020 Annual Report of the Board of Trustees, Table V.B.1.- Principal Economic Assumptions. |
| 240 | Municipal Bond AAA Yield Curve: 1 - 30 Year Maturities, Municipal Bonds Yields: Triple-A Rated, Tax-Exempt Insured Bonds, Latest update July 31, 2020. Report produced by Municipal Market Analytics (MMA). |
| 241 | Expectancy Data Healthy Life Expectancy: 2017 Tables. Shawnee Mission, Kansas 2019. Table 3. United Sates, 2015. |
| 242 | "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors", Gary Skoog, James Ciecka, and Kurt Krueger. Journal of Forensic Economics, Vol. 28, No. 1, 2019, (published in 2019). Table 23. |
| 243 | Municipal Bond AAA Yield Curve: 1 - 30 Year Maturities, Municipal Bonds Yields: Triple-A Rated, Tax-Exempt Insured Bonds, Latest update July 1, 2020. Report produced by Municipal Market Analysts (MMA). |
| 244 | The Distribution of Household Income and Federal Taxes, 2010, December 2013, Source: Congressional Budget Office. |
| 245 | Social Security and Medicare Taxes Update 2018, Social Security Administration. |
| 246 | The 2019 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance Trust Funds. Table V.B1.- Principal Economic Assumptions. |

| | |
|---|---|
| 247 | CBO's Year-by-Year Forecast and Projections, An Update to The Budget and Economic Outlook: Years 2019 to 2029, August 2019, The Congress of the United States, Congressional Budget Office. |
| 248 | 2019 Federal Income Tax Brackets: https://taxfoundation.org/2019-tax-brackets |
| 249 | U.S. Bureau of Labor Statistics Consumer Price Index, All Urban Consumers (CPIU) U.S. city average. Series ID: CUUR0000SA0,CUUS0000SA0. http://data.bls.gov/ |
| 250 | Expectancy Data, "Dollar Value of a Day", 2017 Dollar Valuation, Shawnee Mission, Kansas, 2018, Tables 48, 49, 105, and 221. |
| 251 | Online Intake Questionnaire - Marchetti Depo Ex. 6 |
| 252 | Role of the Physiatrist in Life Care Planning |
| 253 | National Vital Statistics Reports |
| 254 | Definition of Usual, Customary, and Reasonable |
| 255 | Email from Yan Wynn to Estella Garza dated 1/4/17; TYS 505 |
| 256 | Statement of Earnings and Deductions, payroll dates 8/17/17 - 12/7/17; TYS 0479-0495 |
| 257 | Personal Information of Fidel Suarez; TYS 0713 |

Plaintiff further specifically reserves the right to:

1. Offer demonstrative aides based on evidence presented at trial.
2. Offer other exhibits by way of impeachment or rebuttal, should it be necessary.
3. Make charts, graphs or other summary of data which may aid the jury and be introduced as evidence at the time of trial.
4. Present as evidence all exhibits designated or offered by Defendants.

Respectfully submitted,

SMITH & SMITH


By:   /s/    Daniel J. Smith
        Daniel J. Smith
        State Bar No. 18557100
        Michael H. Smith
        State Bar No. 00785005
        6040 Camp Bowie Blvd., Suite 14
        Fort Worth, Texas  76116
        (817) 877-5750
        (817) 877-8899 (Fax)
        *dsmith@smithsmith-law.com*
        *msmith@smithsmith-law.com*

        Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of September 2020, a copy of the foregoing instrument was served upon the attorneys of record to the above cause, as follows:

**Via Email:**
zmayer@mayerllp.com
ejohnson@mayerllp.com
bmaxey@mayerllp.com
Zach T. Mayer
J. Edward Johnson
Brandon W. Maxey
Mayer LLP
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201

                                        By:    /s/ Daniel J. Smith_____
                                                Daniel J. Smith