IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KHIN SUH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:19-cv-00409-O |
| | § | |
| TYSON FOODS, INC. et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Agreed Motion for Extension of Discovery Deadline (ECF No. 81), filed September 25, 2020. Good cause to modify the current scheduling order exists because the parties cannot reasonably schedule another deposition from a new Texas Health Resources corporate representative by the original discovery deadline. Thus, the Court **GRANTS** the Agreed Motion for Extension of Discovery Deadline (ECF No. 81) and **EXTENDS** the discovery deadline to **October 12, 2020**.

**SO ORDERED** on this **27th day** of **September, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE